UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| NANCY PAINTER, *individually and on behalf of all other similarly situated*, | ) ) ) ) | Case No.: 1:18 CV 2872 |
| Plaintiffs | ) ) | JUDGE SOLOMON OLIVER, JR. |
| v. | ) ) ) | |
| WOODSTREAM CORPORATION, | ) ) | |
| Defendant | ) | <u>JUDGMENT ENTRY</u> |

The court, having granted Defendant Woodstream Corporation's ("Defendant") Motion for Summary Judgment ("Motion") (ECF No. 60) in a separate Order on this same date, hereby enters judgment in favor of Defendant and against Plaintiff Nancy Painter.

IT IS SO ORDERED.

*/s/ SOLOMON OLIVER, JR.*
UNITED STATES DISTRICT JUDGE

March 31, 2022